# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-411-RJC-DCK

| | |
|---|---|
| **DESHANE A. MCCASKEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **UNITED STATES POSTAL SERVICE,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For A Stay Of Case In Light Of Lapse Of Appropriations" (Document No. 10) filed January 3, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For A Stay Of Case In Light Of Lapse Of Appropriations" (Document No. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant shall file an Answer, or otherwise respond to Plaintiff's Complaint, within **fourteen (14) days** of funding being restored to the Department of Justice.

Signed: January 3, 2019

David C. Keesler
United States Magistrate Judge