# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:18-CV-411-RJC-DCK

| | |
|---|---|
| DeSHANE A. MCCASKEY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| UNITED STATES POSTAL SERVICE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case.

The Court notes that the undersigned entered an "Order" (Document No. 24) on July 25, 2019 directing that Plaintiff "shall file a 'Third Amended Complaint' on or before August 12, 2019." The Order was returned as undeliverable on August 23, 2019. (Document No. 25). Since then, neither a Third Amended Complaint, nor any other filings, have been made in this action.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Status Report, jointly if possible, on or before **March 13, 2020**. Plaintiff's failure to file a Status Report may lead to the dismissal of this lawsuit.

**The Clerk of Court is directed to send a copy of this Order to *pro se* Plaintiff by email and certified U.S. mail/return receipt requested, at the addresses provided in Document No. 16, p.1.**

**SO ORDERED**.

Signed: February 27, 2020

David C. Keesler
United States Magistrate Judge